1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Innovative Sports Management, Inc.

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA

9

10  Innovative Sports Management, Inc.,        CASE NO. 2:11-cv-07395 -TJH-PLA

11                     Plaintiff,              ORDER GRANTING STIPULATION OF
                                               DISMISSAL OF PLAINTIFF'S
12               vs.                           COMPLAINT AGAINST DEFENDANTS
                                               ZEBUNNESA RIPA AHASAN and ZIAUL
13  Zebunnesa Ripa Ahasan, et al.,             AHASAN, individually and d/b/a
                                               PANCHITOS RESTAURANT [JS-6]
14                     Defendants.

15

16

17         **IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS

18  MANAGEMENT, INC. and Defendants ZEBUNNESA RIPA AHASAN and ZIAUL AHASAN,

19  individually and d/b/a PANCHITOS RESTAURANT, that the above-entitled action is hereby

20  dismissed **with prejudice** against ZEBUNNESA RIPA AHASAN and ZIAUL AHASAN,

21  individually and d/b/a PANCHITOS RESTAURANT and subject to the Court's jurisdiction to

22  enforce, approve, and enter the Stipulated Judgment agreed upon by the Parties.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION OF DISMISSAL
CASE NO. 2:11-cv-07395-TJH-PLA
PAGE 1

1    This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party

2    referenced-above shall bear its own attorneys' fees and costs.

3

4

5

6

7    **IT IS SO ORDERED**:

8

9    _____          Dated:  May 15, 2014

10   **The Honorable Terry J. Hatter, Jr.**
     **United States District Court**
11   **Central District of California**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**
**CASE NO. 2:11-cv-07395-TJH-PLA**
**PAGE 2**